# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL PEREZ as an individual, on behalf of himself, and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MASTEC SERVICES COMPANY, INC., a Florida corporation; MASTEC NETWORK SOLUTIONS, INC., a Florida corporation; MASTEC NETWORK SOLUTIONS, LLC, a Florida corporation; SEFNCO COMMUNICATIONS, INC., a Washington corporation, and DOES 1 to 10 inclusive,<br><br>Defendants. | CASE NO.: 2:23−CV−01947−DJC−JDP<br><br>*Removed from the Superior Court of California, Sacramento County, Case No. 23CV004890*<br><br>**REPRESENTATIVE ACTION**<br><br>**ORDER**<br><br>Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Hon. Jeremy D. Peterson |

Having reviewed and considered the Joint Stipulation to Continue the Hearing on Motion to Compel Arbitration (the "Stipulation") filed by Plaintiff Angel Perez ("Plaintiff") and Defendants MasTec Services Company, Inc., MasTec Network Solutions, Inc., MasTec Network Solutions, LLC, and SEFNCO Communications, Inc. (collectively "MasTec"), stipulating that the hearing in this matter be moved to April 4, 2024 and allow for remote appearance, the Court hereby grants the relief requested therein. The Stipulation shall be and hereby is GRANTED as follows:

///

///

1. The Hearing on Motion to Compel Arbitration currently scheduled for March 14, 2024, at 1:30 PM, shall be continued to April 4, 2024 at 1:30 PM, allowing for remote appearance. The meeting ID and password for remote appearance will be provided to all parties appearing, via e-mail, approximately one week prior to the hearing.

**IT IS SO ORDERED.**

Dated: March 13, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE